**Order entered July 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00612-CV

**CAROL BECKA, Appellant**

**V.**

**DAVID BECKA, Appellee**

**On Appeal from the 417th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 417-54420-2008**

## ORDER

Before the Court is court reporter Kathy Bounds' July 19, 2019 request for an extension of time to file the record. We **GRANT** the request and **ORDER** the reporter's record be filed no later than August 22, 2019.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE